LORA PITRE

VERSUS

LOUISIANA THOROUGHBRED BREEDERS

ASSOCIATION, WARREN HARANG, III, JAKE

DELHOMME, DANIEL GUIDRY, VAL

MURRELL, DAVID TILLSON, AND KEITH

HERNANDEZ

NO. 21-C-290

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

July 05, 2022

Susan Buchholz
First Deputy Clerk

IN RE LOUISIANA THOROUGHBRED BREEDERS ASSOCIATION, WARREN HARANG, III, JAKE DELHOMME, DANIEL GUIDRY, VAL MURRELL, DAVID TILLSON, AND KEITH HERNANDEZ, CARROL CASTILLE, THOMAS EARLY, MICHELLE LAVOICE AND MICHELLE RODRIGUEZ

APPLYING FOR SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DANYELLE M. TAYLOR, DIVISION "O", NUMBER 814-185

Panel composed of Judges Susan M. Chehardy,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT GRANTED; TRIAL COURT'S MAY 3, 2021 ORDER VACATED; MOTION TO DISMISS DENIED; STAY LIFTED; REMANDED**

Relators/defendants, Louisiana Thoroughbred Breeders Association ("LTBA"), Warren Harang, III, Jake Delhomme, Daniel Guidry, Val Murrell, David Tillson, Keith Hernandez, Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez seek review of the trial court's May 3, 2021 order joining Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez as indispensable parties to respondent/plaintiff, Lora Pitre's post-trial motion to strike defendants' motion for suspensive appeal. In response, respondent filed a motion to dismiss relators' writ application as moot. For the following reasons, we grant this writ application, vacate the trial court's May 3, 2021 order joining Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez as indispensable parties to plaintiff's motion to strike, lift this court's June 4, 2021 stay order, and remand for further proceedings.

Trial on plaintiff's *quo warranto* petition was held on February 22, 2021. The trial court granted plaintiff's oral request for a directed verdict, granted plaintiff's petition, vacated the current Board Election, and ordered a new election. The judgment awarded attorney's fees and costs to plaintiff. The trial court's judgment was signed on March 25, 2021, and the judgment was amended on March 29, 2021 and April 5, 2021.[1] In response to relators' motion for suspensive appeal, plaintiff filed a motion to strike and requested that the trial court add non-defendant board members of the LTBA, Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez, to the motion to strike citing La. C.C.P. art. 641. Plaintiff argued that the lawful members of the LTBA have an interest in this action and the adjudication of the motion to strike. Plaintiff further argued that in the absence of the non-defendant board members of the LTBA from the motion to strike, the individual defendants would continue to usurp authority of the LTBA, divert and misappropriate the funds of the LTBA and its members and cause irreparable and irreversible harm to the LTBA. The motion to strike attempted to preclude the LTBA from filing a motion for suspensive appeal of the judgment and/or preclude the individual defendants from filing a motion for suspensive appeal of the judgment based on the erroneous belief that the LTBA and/or the individual defendant members on behalf of the LTBA could not file a suspensive appeal from the March 25, 2021 judgment and/or as subsequently amended.[2] Without notice or an opportunity to be heard, the trial court added Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez as indispensable parties to plaintiff's post-trial motion to strike.

Upon review of this writ application, opposition, and exhibits attached thereto, we find that the trial court erred in impermissibly joining Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez as indispensable parties, without notice or a contradictory hearing, to plaintiff's post-trial motion to strike defendants' motion for suspensive appeal, effectively joining them as either party plaintiffs or defendants to the original petition as amended. La. C.C.P. art. 1951; Oreman v. Oreman, 05-955 (La. App. 5 Cir. 03/31/06), 926 So.2d 709, 712, writ denied, 06-1130 (La. 09/01/06), 936 So.2d 206. We further find that La. C.C.P. art. 641 allows the trial court to join parties as indispensable parties to a *petition*. In this case, the plaintiff attempted to impermissibly join the non-defendant members of the board *after* a trial on the merits to a post-trial motion to strike defendants' motion for suspensive appeal. Therefore, we vacate the trial court's May 3, 2021 order joining Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez as indispensable parties.

---

[1] As previously stated in our writ dispositions in 21-CA-195 and 21-CA-247, a review of the March 29, 2021 order and April 5, 2021 orders amending the March 25, 2021 judgment show that these subsequent orders did not contain the requisite decretal language to be a valid, final judgment. La. C.C.P. art. 1918.

[2] We note that as a party to the original action and judgment, the LTBA, as an original named defendant, *and* the individually named defendants each have a right to appeal the judgment(s) at issue. The plaintiff cannot prevent the LTBA, a named defendant, from moving for an appeal of the judgment issued against it in this case.

Accordingly, we grant this writ application, vacate the trial court's May 3, 2021 order joining the non-defendant members of the board, Carrol Castille, Thomas Early, Michelle Lavoice, and Michele Rodriguez, as indispensable parties, deny plaintiff's motion to dismiss writ application as moot, lift this court's previous June 4, 2021 stay order, and remand this case for further proceedings.

Gretna, Louisiana, this 5th day of July, 2022.

**SJW**
**SMC**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>07/05/2022</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**21-C-290**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Danyelle M. Taylor (DISTRICT JUDGE)

Beverly A. Delaune (Relator)
Micah C. Zeno (Respondent)

Judy L. Burnthorn (Relator)
Alexandre E. Bonin (Relator)
R. Christian Bonin (Relator)
Joseph L. McReynolds (Relator)

### MAILED

Arthur G. Grimsal (Respondent)
Bryan M. Dupree (Respondent)
Attorney at Law
201 Saint Charles Avenue
40th Floor
New Orleans, LA 70170

John L. Duvieilh (Relator)
Attorney at Law
201 Saint Charles Avenue
Floor 47
New Orleans, LA 70170

Jean-Marc Bonin (Relator)
Paul A. Bonin (Relator)
Attorney at Law
4224 Canal Street
New Orleans, LA 70119

1/6/22

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul A. Bonin
Jean-Marc Bonin
Attorneys at Law
4224 Canal Street
New Orleans, LA 70119
21-C-290                    07-05-22

9590 9402 2434 6249 3650 04

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7257

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

SECURITY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

7/5/22

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arthur G. Grimsal
Bryan M. Dupree
Attorneys at Law
201 Saint Charles Avenue/40th Floor
New Orleans, LA 70170
21-C-290                    07-05-22

9590 9402 2434 6249 3649 91

2. Article Number (Transfer from service label)

7016 2070 0000 0954 7240

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
                                     7/7/22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

7|5|22

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John L. Duvieilh
Attorney at Law
201 Saint Charles Avenue/Floor 47
New Orleans, LA 70170
21-C-290                    07-05-22

9590 9401 0083 5168 4397 94

2. Article Number *(Transfer from service label)*

7016 2070 0000 0954 7233

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
Justan Tucker                        7/8/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt